B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bellavia, Charles** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Bellavia, Mary** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Chuck Bellavia** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Mary Robson** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9548** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0965** |
| Street Address of Debtor (No. and Street, City, and State):<br>**569 Lavina Drive**<br>**Bolingbrook, IL**      ZIP Code **60440** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**569 Lavina Drive**<br>**Bolingbrook, IL**      ZIP Code **60440** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br>     ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>     ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                               Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bellavia, Charles**<br>**Bellavia, Mary** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **Northern District Illinois** | Case Number:<br>**90-18132** | Date Filed:<br>**10/03/90** |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ Thomas F. Fezzey**                                **December 22, 2009**<br>   Signature of Attorney for Debtor(s)                          (Date)<br>   **Thomas F. Fezzey 6229235** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                   Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bellavia, Charles**<br>**Bellavia, Mary** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Charles Bellavia**
Signature of Debtor  **Charles Bellavia**

X **/s/ Mary Bellavia**
Signature of Joint Debtor **Mary Bellavia**

Telephone Number (If not represented by attorney)

**December 22, 2009**
Date

### Signature of Attorney*

X **/s/ Thomas F. Fezzey**
Signature of Attorney for Debtor(s)

**Thomas F. Fezzey 6229235**
Printed Name of Attorney for Debtor(s)

**Thomas F. Fezzey, Attorney at Law**
Firm Name
**600 West Roosevelt Road**
**Suite B-1**
**Wheaton, IL 60187**

Address

**Email: fezzey@gmail.com**
**630 909 0909  Fax: 815 550 8731**
Telephone Number

**December 22, 2009**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Charles Bellavia**
**Mary Bellavia**
_____
Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Charles Bellavia**

                       **Charles Bellavia**

Date:   **December 22, 2009**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Charles Bellavia**
**Mary Bellavia**                                                                                      Case No.

Debtor(s)            Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Mary Bellavia**

                            **Mary Bellavia**

Date:     **December 22, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Charles Bellavia,**
        **Mary Bellavia**

_____,
                                            Debtors

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 730,500.00 | | |
| B - Personal Property | Yes | 4 | 51,510.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,053,299.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 64,431.68 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 643,479.88 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,547.51 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 9,097.17 |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| | | Total Assets | 782,010.00 | | |
| | | | Total Liabilities | 1,761,210.56 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Charles Bellavia,**                              Case No. _____
         **Mary Bellavia**
                                                           Chapter _____ **7** _____
_____ ,
                                    Debtors

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 64,431.68 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 64,431.68 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,547.51 |
| Average Expenses (from Schedule J, Line 18) | 9,097.17 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,776.70 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 240,204.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 64,431.68 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 643,479.88 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 883,683.88 |

Case 09-48797   Doc 1   Filed 12/26/09   Entered 12/26/09 19:22:50   Desc Main
Document      Page 10 of 89

B6A (Official Form 6A) (12/07)

.

In re    **Charles Bellavia,**                                                    Case No. _____
         **Mary Bellavia**
_____,
                            Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **569 Lavine Drive, Bolingbrook, Illinois 60440, single family home. Valur as per zillow.com** | **Fee simple** | **J** | **382,000.00** | **464,255.00** |
| **1029 Woodview Court, Aurora, Illinois 60502 townhome, value as per zillow.com** | **Fee simple** | **J** | **168,500.00** | **254,464.00** |
| **2903 Bartlett Court, Unit 204, Naperville, Illinois 60564, townhome, value as per zillow.com** | **Fee simple** | **J** | **180,000.00** | **236,984.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **730,500.00** | (Total of this page) |
| Total > | **730,500.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Charles Bellavia,**                                          Case No. _____
        **Mary Bellavia**

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods, Furnishings, Appliances, Electronics** | J | **5,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | | **Wedding Rings** | J | **2,500.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |  | Sub-Total > | **7,500.00** |
|---|---|---|---|---|
|  |  |  | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Charles Bellavia,**                                    Case No. _____
        **Mary Bellavia**
                                                    ,
                              Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Done Deal Auto Sales, LLC Employer Identification Number 20-4811791, dissolved by Illinois Secretary of State** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Charles Bellavia,**                                                    Case No. _____
          **Mary Bellavia,**
                                          _____,
                                                Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Mercury Mountaineer with 9300 miles in good condition, value as per Kelley Blue Book, Private Party Value** | J | 24,220.00 |
| | | **2008 Ford Taurus with 31000 miles in good condition, value as per Kelley Blue Book, Private Party Value** | J | 15,485.00 |
| | | **2009 Honda CHF 509 scooter VIN JH2AF60669K501610** | J | 1,335.00 |
| | | **2009 Honda CHF 509 scooter VIN JH2AF60669K501784** | J | 1,335.00 |
| | | **2009 Honda CHF 509 scooter VIN JH2AF600X9K702616** | J | 1,335.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous Office Equipment** | J | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >     44,010.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Charles Bellavia,**                                    Case No. _____
    **Mary Bellavia**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **51,510.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Charles Bellavia,**                                    Case No. _____
         **Mary Bellavia**
_____,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**569 Lavine Drive, Bolingbrook, Illinois 60440, single family home.  Valur as per zillow.com** | **735 ILCS 5/12-901** | **30,000.00** | **382,000.00** |
| **Household Goods and Furnishings**<br>**Household Goods, Furnishings, Appliances, Electronics** | **735 ILCS 5/12-1001(b)** | **5,000.00** | **5,000.00** |
| **Furs and Jewelry**<br>**Wedding Rings** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| **Stock and Interests in Businesses**<br>**Done Deal Auto Sales, LLC Employer Identification Number 20-4811791, dissolved by Illinois Secretary of State** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2008 Mercury Mountaineer with 9300 miles in good condition, value as per Kelley Blue Book, Private Party Value** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **24,220.00** |
| **2008 Ford Taurus with 31000 miles in good condition, value as per Kelley Blue Book, Private Party Value** | **735 ILCS 5/12-1001(c)** | **0.00** | **15,485.00** |
| **Office Equipment, Furnishings and Supplies**<br>**Miscellaneous Office Equipment** | **735 ILCS 5/12-1001(d)** | **300.00** | **300.00** |

|  | Total: | **42,600.00** | **429,505.00** |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                 Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Charles Bellavia,**                                           Case No. _____
         **Mary Bellavia,**
                                                    ,
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **116156093**<br><br>**American Honda Finance**<br>**201 Little Falls Dr**<br>**Bankruptcy Dept.**<br>**Wilmington, DE 19808** | | H | | | Opened 11/18/08  Last Active  7/24/09<br><br>**2009 Honda CHF 509 scooter VIN**<br>**JH2AF60669K501784** | | | | | |
| | | | | | Value $                    **1,335.00** | | | | **2,830.00** | **1,495.00** |
| Account No. **116156084**<br><br>**American Honda Finance**<br>**201 Little Falls Dr**<br>**Bankruptcy Dept.**<br>**Wilmington, DE 19808** | | H | | | Opened 11/18/08  Last Active  7/24/09<br><br>**2009 Honda CHF 509 scooter VIN**<br>**JH2AF60669K501610** | | | | | |
| | | | | | Value $                    **1,335.00** | | | | **2,784.00** | **1,449.00** |
| Account No. **116156075**<br><br>**American Honda Finance**<br>**201 Little Falls Dr**<br>**Bankruptcy Dept.**<br>**Wilmington, DE 19808** | | H | | | Opened 11/18/08  Last Active  7/24/09<br><br>**2009 Honda CHF 509 scooter VIN**<br>**JH2AF600X9K702616** | | | | | |
| | | | | | Value $                    **1,335.00** | | | | **2,729.00** | **1,394.00** |
| Account No.<br><br>**Charles and Wanda Bellavia**<br>**279 Tulip Circle**<br>**Matteson, IL** | | | J | | **2008**<br><br>**Third Mortgage**<br><br>**569 Lavine Drive, Bolingbrook, Illinois 60440, single family home.  Valur as per zillow.com** | | | | | |
| | | | | | Value $                  **382,000.00** | | | | **112,134.00** | **82,255.00** |
| __**2**__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **120,477.00** | **86,593.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Charles Bellavia,**                                          Case No. _____
         **Mary Bellavia**
_____,
                            Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Charles and Wanda Bellavia** <br> **279 Tulip Circle** <br> **Matteson, IL** | | J | **2008** <br><br> **Second Mortgage** <br><br> **1029 Woodview Court, Aurora, Illinois 60502 townhome, value as per zillow.com** | | | | | |
| | | | Value $                    **168,500.00** | | | | **112,134.00** | **85,964.00** |
| Account No. <br><br> **Charles and Wanda Bellavia** <br> **279 Tulip Circle** <br> **Matteson, IL** | | J | **2008** <br><br> **Second Mortgage** <br><br> **2903 Bartlett Court, Unit 204, Naperville, Illinois 60564, townhome, value as per zillow.com** | | | | | |
| | | | Value $                    **180,000.00** | | | | **112,134.00** | **56,984.00** |
| Account No. 44486368 <br><br> **Ford Cred** <br> **Po Box Box 542000** <br> **Omaha, NE 68154** | | W | **Opened 11/08/08  Last Active 10/15/09** <br><br> **Purchase Money Security** <br><br> **2008 Mercury Mountaineer with 9300 miles in good condition, value as per Kelley Blue Book, Private Party Value** | | | | | |
| | | | Value $                    **24,220.00** | | | | **33,897.00** | **9,677.00** |
| Account No. 44500734 <br><br> **Ford Cred** <br> **Po Box Box 542000** <br> **Omaha, NE 68154** | | W | **Opened 11/17/08  Last Active 10/01/09** <br><br> **Purchase Money Security** <br><br> **2008 Ford Taurus with 31000 miles in good condition, value as per Kelley Blue Book, Private Party Value** | | | | | |
| | | | Value $                    **15,485.00** | | | | **16,471.00** | **986.00** |
| Account No. 8178498826 <br><br> **G M A C** <br> **Po Box 4622** <br> **Bankruptcy Dept.** <br> **Waterloo, IA 50704** | | J | **Opened  7/16/02  Last Active  1/01/09** | | | | | |
| | | | Value $                    **Unknown** | | | | **38,885.00** | **Unknown** |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **313,521.00** | **153,611.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Charles Bellavia,**
**Mary Bellavia**
_____,
Debtors

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **531755809** | | | Opened 8/16/02 Last Active 3/21/09 | | | | | |
| **Gmac Mortgage** **Po Box 4622** **Waterloo, IA 50704** | | J | **1029 Woodview Court, Aurora, Illinois 60502 townhome, value as per zillow.com** | | | | | |
| | | | Value $ 168,500.00 | | | | 142,330.00 | 0.00 |
| Account No. **531816502** | | | Opened 8/30/02 Last Active 4/20/09 | | | | | |
| **Gmac Mortgage** **Po Box 4622** **Waterloo, IA 50704** | | J | **2903 Bartlett Court, Unit 204, Naperville, Illinois 60564, townhome, value as per zillow.com** | | | | | |
| | | | Value $ 180,000.00 | | | | 124,850.00 | 0.00 |
| Account No. **4330005773240** | | | Opened 3/30/04 Last Active 1/01/09 | | | | | |
| **National City Mortgage** **6 N Main St** **Dayton, OH 45402** | | J | **First Mortgage** **569 Lavine Drive, Bolingbrook, Illinois 60440, single family home. Valur as per zillow.com** | | | | | |
| | | | Value $ 382,000.00 | | | | 279,573.00 | 0.00 |
| Account No. **448961984017** | | | Opened 1/25/06 Last Active 10/25/09 | | | | | |
| **Ncb Ne Er** **4661 E Main St** **Columbus, OH 43213** | | J | **Second Mortgage** **569 Lavine Drive, Bolingbrook, Illinois 60440, single family home. Valur as per zillow.com** | | | | | |
| | | | Value $ 382,000.00 | | | | 72,548.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 619,301.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,053,299.00 | 240,204.00 |

B6E (Official Form 6E) (12/07)

.

In re    **Charles Bellavia,**                                                                    Case No. _____
       **Mary Bellavia**
_____,
                     Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may not place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

             **_1_**___    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Charles Bellavia,**
     **Mary Bellavia**

Case No. _____

                               Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **3773-6272** <br><br> **Illinois Department of Revenue Bankruptcy Dept. POB 19006 Springfield, IL 62794-9006** | | J | **2008** <br><br> **Sales Tax** | | | | 64,431.68 | 0.00 | 64,431.68 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet  **1**  of  **1**  continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 64,431.68     64,431.68 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 64,431.68     64,431.68 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re  **Charles Bellavia,**
       **Mary Bellavia**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**A&G Answering & Secretarial Service**<br>**Bankruptcy Dept.**<br>**101 South Addison Road**<br>**Addison, IL 60101** | | | J | | **2008**<br>**Trade debt** | | | | **98.50** |
| Account No. **2009 AR 281**<br><br>**Aaron Preisel**<br>**c/o Anthony L. Florio**<br>**1824 Hampshire Drive**<br>**Hoffman Estates, IL 60192** | | | J | | **2008**<br>**Trade debt** | | | | **29,000.00** |
| Account No.<br><br>**Aaron Preisel**<br>**Bankruptcy Dept.**<br>**425 Collen Drive**<br>**Lombard, IL 60148** | | | J | | **2008**<br>**Trade debt** | | | | **Unknown** |
| Account No. **5584 1800 0588 2876**<br><br>**Advanta Bank Corp**<br>**Po Box 844**<br>**Spring House, PA 19477** | | H | | | **Opened  6/13/06  Last Active 11/01/08**<br>**Miscellaneous Consumer Purchases** | | | | **15,068.00** |

__25__  continuation sheets attached

Subtotal
(Total of this page)

**44,166.50**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:32993-091120   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles Bellavia,**　　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Mary Bellavia**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3715 541089 52000** <br><br> **American Express** <br> **Bankruptcy Dept.** <br> **POB 981535** <br> **El Paso, TX 79998-1535** | | H | | **2008** <br> **Miscellaneous Consumer Purchases** | | | | **5,151.03** |
| Account No. **3715 541089 51010** <br><br> **American Express** <br> **Bankruptcy Dept.** <br> **POB 981535** <br> **El Paso, TX 79998-1535** | | | J | **2008** <br> **Miscellaneous Consumer Purchases** | | | | **9,062.25** |
| Account No. **3715 541089 51028** <br><br> **American Express** <br> **Bankruptcy Dept.** <br> **POB 981535** <br> **El Paso, TX 79998-1535** | | W | | **2008** <br> **Miscellaneous Consumer Purchases** | | | | **1,587.55** |
| Account No. **XXX-XXXXX9-51003** <br><br> **American Express** <br> **Bankruptcy Dept.** <br> **POB 981531** <br> **El Paso, TX 79998-1531** | | | J | **2008** <br> **Miscellaneous Consumer Purchases** | | | | **914.50** |
| Account No. **80541725** <br><br> **American Express Publishing** <br> **Bankruptcy Dept.** <br> **POB 1334** <br> **Des Plaines, IL 60017-9032** | | | J | **2008** <br> **Miscellaneous Consumer Purchases** | | | | **5.35** |

Sheet no. __1__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,720.68**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles Bellavia,**
      **Mary Bellavia**                          Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3499913096030253**<br><br>**Amex**<br>**Po Box 297871**<br>**Bankruptcy Dept.**<br>**Fort Lauderdale, FL 33329** | | H | **Opened  7/03/97  Last Active 11/19/08**<br>**Miscellaneous Consumer Purchases** | | | | **23,276.00** |
| Account No. **-3499913215835513**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | | W | **Opened  8/30/06  Last Active  9/01/08**<br>**ChargeAccount** | | | | **1,692.00** |
| Account No. **10281521**<br><br>**Amsher Collection Serv**<br>**600 Beacon Pkwy W Ste 300**<br>**Bankruptcy Dept.**<br>**Birmingham, AL 35209-3114** | | H | **Opened  9/11/09**<br>**Collection T-Mobile** | | | | **1,065.00** |
| Account No.<br><br>**Annemarie Bellavia**<br>**155 Burlington Street**<br>**Riverside, IL 60546** | | J | **2008**<br>**Medical Bills** | | | | **Unknown** |
| Account No.<br><br>**APD Enterprises Inc.**<br>**Bankruptcy Dept.**<br>**POB 556**<br>**Griffith, IN 46319** | | J | **2008**<br>**Trade debt** | | | | **2,240.00** |

Sheet no. __**2**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal<br>(Total of this page)        **28,273.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles Bellavia,**
     **Mary Bellavia**                                                                              Case No. _____

                                                                    ,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5491 1303 7332 3328** <br><br> **AT&T Universal Card** <br> **Bankruptcy Dept.** <br> **POB 44167** <br> **Jacksonville, FL 32231-4167** | | | J | **2008** <br> **Miscellaneous Consumer Purchases** | | | | **24,321.32** |
| Account No. **986374** <br><br> **Auction Insurance** <br> **Bankruptcy Dept.** <br> **2200 Woodcrest Place** <br> **Birmingham, AL 35253** | | | J | **2008** <br> **Trade debt** | | | | **26,269.42** |
| Account No. **2459106** <br><br> **Auto Mart.com** <br> **Bankruptcy Dept.** <br> **650 W. Grand Ave. Suite 303** <br> **Elmhurst, IL 60126** | | | J | **2008** <br> **Trade debt** | | | | **8,050.00** |
| Account No. **57976727** <br><br> **Auto Trader.com** <br> **Bankruptcy Dept.** <br> **POB 932207** <br> **Atlanta, GA 31193-2207** | | | J | **2008** <br> **Trade debt** | | | | **16,260.88** |
| Account No. **49D05-0901-CC-004404** <br><br> **Automotive Finance Corporation** <br> **c/o Rubin & Levin, P.C.** <br> **500 Marott Ctr, 342 Massachusetts** <br> **Indianapolis, IN 46204-2161** | | | J | **2008** <br> **Trade debt** | | | | **11,826.98** |

Sheet no. __3__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**86,728.60**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles Bellavia,**
　　　**Mary Bellavia**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2008 Trade debt | | | | |
| **Automotive News** **Bankruptcy Dept.** **POB 07915** **Detroit, MI 48207-9902** | | | J | | | | | 99.00 |
| Account No. 6035 2520 4785 0899 | | | | Opened 11/12/08  Last Active 12/01/08 Miscellaneous Consumer Purchases | | | | |
| **Bailey Banks & Biddle/Citibank SD** **Po Box 6497** **Bankruptcy Dept.** **Sioux Falls, SD 57117** | | H | | | | | | 942.00 |
| Account No. | | | | 2008 NSF Charges | | | | |
| **Barr Management** **Bankruptcy Dept.** **6408 N. Western Avenue** **Chicago, IL 60646** | | | J | | | | | 1,050.00 |
| Account No. 7001 0621 4098 | | | | 3655 Miscellaneous Consumer Purchases | | | | |
| **Best Buy** **Bankruptcy Dept.** **POB 15521** **Wilmington, DE 19850-5521** | | W | | | | | | 2,810.88 |
| Account No. 7001 1911 0545 3816 | | | | 2008 Miscellaneous Consumer Purchases | | | | |
| **Best Buy** **Bankruptcy Dept.** **POB 15521** **Wilmington, DE 19850-5521** | | | J | | | | | 4,819.94 |

Sheet no. __4__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,721.82

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles Bellavia,**                                                        Case No. _____
       **Mary Bellavia**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2103273291402**<br><br>**Bloomingdale's**<br>**9111 Duke Blvd**<br>**Bankruptcy Dept.**<br>**Mason, OH 45040** | | H | **Opened 11/12/08  Last Active 12/01/08**<br>**Miscellaneous Consumer Purchases** | | | | 2,800.00 |
| Account No. **2103307428702**<br><br>**Bloomingdale's  DSNB**<br>**9111 Duke Blvd**<br>**Bankruptcy Dept.**<br>**Mason, OH 45040** | | W | **Opened 11/29/08  Last Active  2/01/09**<br>**Miscellaneous Consumer Purchases** | | | | 1,288.00 |
| Account No.<br><br>**Bonita M. Danielo**<br>**Bankruptcy Dept.**<br>**657 Ronald Drive**<br>**Addison, IL 60101** | | J | **2008**<br>**Trade debt** | | | | 10,200.00 |
| Account No. **5178 0572 6843 1280**<br><br>**Capital One**<br>**Po Box 85520**<br>**Bankruptcy Dept.**<br>**Richmond, VA 23285** | | H | **Opened  3/04/09  Last Active  5/26/09**<br>**Miscellaneous Consumer Purchases** | | | | 432.00 |
| Account No. **77365**<br><br>**Carfax**<br>**Bankruptcy Dept.**<br>**POB 79001**<br>**Detroit, MI 48279-7761** | | J | **2008**<br>**Trade debt** | | | | 280.41 |

Sheet no. __5__ of __25__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)        **15,000.41**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles Bellavia,**
    **Mary Bellavia**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9125038**<br><br>**Central DuPage Physicians Group**<br>**c/o Merchants Credit Guide**<br>**223 W. Jackson**<br>**Chicago, IL 60606** | | J | **2008**<br>**Medical Expenses** | | | | 123.00 |
| Account No. **10688Q74**<br><br>**Certified Services**<br>**128 Madison**<br>**Waukegan, IL 60085-4389** | | H | **Opened 7/01/06 Last Active 8/01/05**<br>**Collection Cell 362 9975** | | | | 45.00 |
| Account No. **4266 9020 1681 4772**<br><br>**Chase**<br>**Po Box 15298**<br>**Bankruptcy Dept.**<br>**Wilmington, DE 19850** | | J | **Opened 10/01/91 Last Active 11/01/08**<br>**Miscellaneous Consumer Purchases** | | | | 26,826.00 |
| Account No. **4266 9020 1132 6285**<br><br>**Chase**<br>**Po Box 15298**<br>**Bankruptcy Dept.**<br>**Wilmington, DE 19850** | | J | **Opened 2/02/05 Last Active 12/01/08**<br>**Miscellaneous Consumer Purchases** | | | | 12,520.00 |
| Account No. **4266 9020 1437 3037**<br><br>**Chase**<br>**Po Box 15298**<br>**Bankruptcy Dept.**<br>**Wilmington, DE 19850** | | H | **Opened 8/24/05 Last Active 11/01/08**<br>**Miscellaneous Consumer Purchases** | | | | 10,692.00 |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,206.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Bellavia,**                                     Case No. _____
       **Mary Bellavia**

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5888 9642 0634 3462**<br><br>**Chase-Pier**<br>**Po Box 15298**<br>**Bankruptcy Dept.**<br>**Wilmington, DE 19850** | | W | **Opened 11/30/08  Last Active  1/01/09**<br>**Miscellaneous Consumer Purchases** | | | | 712.00 |
| Account No. **6035 3204 9490 6629**<br><br>**Citibank South Dakota**<br>**c/o Blatt Hasenmiller**<br>**125 South Wacker  Suite 400**<br>**Chicago, IL 60606-4440** | | J | **2008**<br>**Miscellaneous Consumer Purchases** | | | | 1,242.82 |
| Account No. **29309**<br><br>**Comcast Spotlight**<br>**Bankruptcy Dept.**<br>**8745 W. Higgins Road  4th Floor**<br>**Chicago, IL 60631** | | J | **2008**<br>**Trade debt** | | | | 800.00 |
| Account No. **8752174082**<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Bankruptcy Dept.**<br>**Chicago, IL 60668-0001** | | J | **2008**<br>**Utilities** | | | | 538.00 |
| Account No.<br><br>**Credit Acceptance**<br>**Bankruptcy Dept.**<br>**25505 West 12 Mile Road**<br>**Southfield, MI 48034** | | J | **2008**<br>**Trade debt** | | | | Unknown |

Sheet no. __7___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal                  3,292.82
                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Bellavia,**                                                    Case No. _____
       **Mary Bellavia**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2-83090584** | | | | **2008** **Trade debt** | | | | |
| **Credit Control Corporation** **Bankruptcy Dept.** **POB 120568** **Newport News, VA 23612** | | J | | | | | | **1,216.80** |
| Account No. **341726011** | | | | **Opened 9/26/08** **Collection Barr Management** | | | | |
| **Devon Financial Servic** **6414 N Western Ave** **Chicago, IL 60645** | | J | | | | | | **Unknown** |
| Account No. **6011 0070 9852 1528** | | | | **Opened 12/09/92 Last Active 10/09/09** **Miscellaneous Consumer Purchases** | | | | |
| **Discover Fin Svcs Llc** **Po Box 15316** **Bankruptcy Dept.** **Wilmington, DE 19850** | | W | | | | | | **10,362.81** |
| Account No. | | | | **2008** **Trade debt** | | | | |
| **Elina Volodina** **Bankruptcy Dept.** **29249 Longview Ave.** **Warren, MI 48093** | | J | | | | | | **17,000.00** |
| Account No. **6035 3205 3902 1137** | | | | **2008** **Miscellaneous Consumer Purchases** | | | | |
| **Expo Credit Services** **Bankruptcy Dept.** **POB 689100** **Des Moines, IA 50368-9100** | | J | | | | | | **6,402.23** |

Sheet no. __8___ of __25__ sheets attached to Schedule of                                 Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)            **34,981.84**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Bellavia,**
        **Mary Bellavia**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Finance Express**<br>**Bankruptcy Dept.**<br>**30318 Esperanza**<br>**Rancho Santa Margarita, CA 92688** | | J | **2008**<br>**Trade debt** | | | | **40.76** |
| Account No. **DON2386-101**<br><br>**First Bank and Trust Leasing Servic**<br>**Bankruptcy Dept.**<br>**3345 39th St. S. Suite 2**<br>**Fargo, ND 58106-9785** | | J | **2008**<br>**Trade debt** | | | | **27,030.00** |
| Account No. **2688700**<br><br>**Franks Auto Glass, Inc.**<br>**Bankruptcy Dept.**<br>**6337 South Wentworth**<br>**Chicago, IL 60621** | | J | **2008**<br>**Trade debt** | | | | **1,365.00** |
| Account No.<br><br>**Gary R. Underwood**<br>**Bankruptcy Dept.**<br>**515 Olive Street  Suite 800**<br>**Saint Louis, MO 63101** | | J | | | | | **0.00** |
| Account No. **4479 9516 2022 0861**<br><br>**Gemb/Oldnavydc**<br>**Po Box 981400**<br>**Bankruptcy Dept.**<br>**El Paso, TX 79998** | | W | **Opened  3/07/08  Last Active  2/01/09**<br>**Miscellaneous Consumer Purchases** | | | | **339.00** |

Sheet no. __9___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**28,774.76**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Bellavia,**
       **Mary Bellavia**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6032 2014 3261 4637** <br><br> **Gemb/Walmart** <br> **Po Box 981400** <br> **Bankruptcy Dept.** <br> **El Paso, TX 79998** | | W | Opened 11/30/08 Last Active 5/01/09 <br> Miscellaneous Consumer Purchases | | | | 325.00 |
| Account No. **6032 2014 3238 4447** <br><br> **Gemb/Walmart** <br> **Po Box 981400** <br> **El Paso, TX 79998** | | H | Opened 11/12/08 Last Active 5/01/09 <br> Miscellaneous Consumer Purchases | | | | 261.00 |
| Account No. **4012179** <br><br> **H & R Accounts Inc** <br> **7017 John Deere Pkwy** <br> **Moline, IL 61265** | | H | Opened 5/26/09 <br> Collection Von Maur - Chicago/D | | | | 3,600.00 |
| Account No. **4045843** <br><br> **H & R Accounts Inc** <br> **7017 John Deere Pkwy** <br> **Moline, IL 61265** | | W | Opened 6/26/09 Last Active 5/01/09 <br> Collection Von Maur - Chicago/D | | | | 498.00 |
| Account No. **4076943** <br><br> **Hilco Receivables Llc** <br> **5 Revere Dr** <br> **Bankruptcy Dept.** <br> **Northbrook, IL 60062** | | H | Opened 8/21/09 <br> Collection Wells Fargo Financia | | | | 1,852.00 |

Sheet no. __10__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,536.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Bellavia,**
    **Mary Bellavia**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **231831**<br><br>**Hinsdale Orthopaedics**<br>**Bankruptcy Dept.**<br>**POB 914**<br>**La Grange, IL 60525** | | J | **2008**<br>**Medical Expenses** | | | | **433.00** |
| Account No. **549107000106**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | J | **Opened  8/28/01  Last Active  1/28/05** | | | | **0.00** |
| Account No. **0409168806**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | W | **Opened  3/07/93  Last Active  8/26/94** | | | | **Unknown** |
| Account No. **0000 0492 5030 5437**<br><br>**HSBC Neiman Marcus**<br>**Bankruptcy Dept.**<br>**POB 5243**<br>**Carol Stream, IL 60197-9918** | | J | **2008**<br>**Miscellaneous Consumer Purchases** | | | | **1,875.75** |
| Account No. **169601-1105453816**<br><br>**Hsbc/Bsbuy**<br>**Po Box 15519**<br>**Wilmington, DE 19850** | | J | **Opened  8/13/01  Last Active 12/01/08**<br>**ChargeAccount** | | | | **8,363.00** |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,671.75**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles Bellavia,**                                      Case No. _____
        **Mary Bellavia**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **424872935** <br><br> **Hsbc/Rs** <br> **90 Christiana Rd** <br> **New Castle, DE 19720** | | J | Opened  2/01/94 <br> ChargeAccount | | | | **Unknown** |
| Account No. **18071057001** <br><br> **I C System Inc** <br> **Po Box 64378** <br> **Bankruptcy Dept.** <br> **Saint Paul, MN 55164** | | H | Opened  5/21/09 <br> Collection Sprint | | | | **380.00** |
| Account No. **1190394** <br><br> **J.S. Paluch Co. Inc.** <br> **Bankruptcy Dept.** <br> **POB 2703** <br> **Schiller Park, IL 60176** | | J | 2008 <br> Trade debt | | | | **613.52** |
| Account No. **6000348226** <br><br> **Jareds Jewelers** <br> **375 Ghent Rd** <br> **Akron, OH 44333** | | H | Opened 11/12/08  Last Active 12/01/08 <br> ChargeAccount | | | | **2,318.00** |
| Account No. <br><br> **Jason Henshall** <br> **Bankruptcy Dept.** <br> **1108 Idlewild Drive** <br> **Round Lake, IL 60073** | | J | 2008 <br> Trade debt | | | | **10,200.00** |

Sheet no. __12__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **13,511.52**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles Bellavia,**
    **Mary Bellavia**
                                             **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Joel Schaps**<br>**9700 West 131st Street**<br>**Palos Park, IL 60464** | | J | | **2008**<br>**Legal Fees** | | | | **Unknown** |
| Account No.<br><br>**Joseph Bellavia**<br>**Bankruptcy Dept.**<br>**2217 Timber Trail**<br>**Plainfield, IL** | | J | | **2008**<br>**Trade debt** | | | | **2,700.00** |
| Account No. 3104602059<br><br>**Kay Jewelers**<br>**375 Ghent Rd**<br>**Akron, OH 44333** | | J | | **Opened 11/18/08  Last Active  1/01/09**<br>**ChargeAccount** | | | | **3,847.00** |
| Account No. 3104602059<br><br>**Kay Jewelers**<br>**Bankruptcy Dept.**<br>**POB 1799**<br>**Akron, OH 44309** | | J | | **2008**<br>**Miscellaneous Consumer Purchases** | | | | **3,778.88** |
| Account No. 030751944752<br><br>**Kohls/Chase**<br>**N56 W 17000 Ridgewood Dr**<br>**Bankruptcy Dept.**<br>**Menomonee Falls, WI 53051** | | W | | **Opened  8/24/00  Last Active  3/01/09**<br>**Miscellaneous Consumer Purchases** | | | | **3,558.00** |

Sheet no. __13__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,883.88**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Charles Bellavia,**                                          Case No. _____
        **Mary Bellavia**

                                                        ,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **052513242952** <br><br> **Kohls/Chase** <br> **N56 W 17000 Ridgewood Dr** <br> **Bankruptcy Dept.** <br> **Menomonee Falls, WI 53051** | | H | | **Opened 11/12/08  Last Active 12/01/08** <br> **Miscellaneous Consumer Purchases** | | | | **1,359.00** |
| Account No. **06104139-000** <br><br> **La Raza Newspaper** <br> **Bankruptcy Dept.** <br> **6001 North Clark St.** <br> **Chicago, IL 60660** | | J | | **2007** <br> **Trade debt** | | | | **3,900.00** |
| Account No. **208 828047 1** <br><br> **Laboratory & Pathology Diagnostics** <br> **Bankruptcy Dept.** <br> **Dept. 4387** <br> **Carol Stream, IL 60122-0001** | | J | | **2009** <br> **Medical Expenses** | | | | **70.13** |
| Account No. **7001062140983655** <br><br> **Lvnv Funding Llc** <br> **Po Box 740281** <br> **Houston, TX 77274** | | W | | **Opened  8/14/09  Last Active  7/01/08** <br> **Collection Hsbc Bank Nev Best B** | | | | **3,371.00** |
| Account No. **0000049250305437** <br><br> **Lvnv Funding Llc** <br> **Po Box 740281** <br> **Houston, TX 77274** | | H | | **Opened  8/14/09** <br> **Collection Hsbc Bank Nev Neiman** | | | | **1,933.00** |

Sheet no. __**14**__ of __**25**__ sheets attached to Schedule of                    Subtotal                  **10,633.13**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles Bellavia,**                                                    Case No. _____
         **Mary Bellavia**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **986374**<br><br>**Manheim Auctions**<br>**Bankruptcy Dept.**<br>**561 27th Street**<br>**Caledonia, WI 53108** | | | J | | **2008**<br>**Trade debt** | | | | 135.00 |
| Account No. **5196067**<br><br>**Manheim Metro Chicago**<br>**Bankruptcy Dept.**<br>**12161 S. Central Ave.**<br>**Alsip, IL 60803** | | | J | | **2008**<br>**Trade debt** | | | | 28.00 |
| Account No. **2008 LM 4722**<br><br>**Mark Monaco**<br>**c/o Mulherin Rehfeldt & Varchetto**<br>**211 S. Wheaton Ave.  Suite 200**<br>**Wheaton, IL 60187** | | | J | | **2008**<br>**Lawsuit in Forcible Entry and Detainer** | | | | 32,318.60 |
| Account No. **209-9287**<br><br>**MCS Collections, Inc.**<br>**Bankruptcy Dept.**<br>**725 South Wells Street  Suite 501**<br>**Chicago, IL 60607** | | | J | | **2008**<br>**Collection for Dr. Janina Badowska** | | | | 100.00 |
| Account No. **4378619321520**<br><br>**Mcydsnb**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | H | | | **Opened  8/01/01  Last Active 12/01/08**<br>**ChargeAccount** | | | | 1,364.00 |

Sheet no. **_15_** of **_25_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,945.60

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles Bellavia,**
    **Mary Bellavia**                                                                       Case No. _____

_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4373316281420**<br><br>Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | | W | Opened 12/01/00  Last Active 10/01/09<br>ChargeAccount | | | | 604.00 |
| Account No.<br><br>Merchant Services<br>Bankruptcy Dept.<br>POB 2485<br>Spokane, WA 99210-2485 | | J | 2008<br>Trade debt | | | | 139.05 |
| Account No.<br><br>Miguel Herrera<br>Bankruptcy Dept.<br>201 East Fullerton Avenue<br>Elmhurst, IL 60126 | | J | 2008<br>Trade debt | | | | 5,800.00 |
| Account No. **469282493050**<br><br>Millenium Credit Con<br>149 E Thompson Ave<br>West St Paul, MN 55118 | | W | Opened  6/01/09  Last Active  5/01/09<br>Collection Tcf National Ba | | | | 347.00 |
| Account No. **4857 0583 3206 5287**<br><br>National City<br>Bankruptcy Dept.<br>POB 3038 K-A16-1J<br>Kalamazoo, MI 49003-3038 | | J | 2008<br>Trade debt Done Deal Auto Sales, LLC | | | | 53,964.48 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal
    (Total of this page)      **60,854.53**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles Bellavia,**
           **Mary Bellavia**                                                                    Case No. _____

_____,
                                                       Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **28014538**<br><br>**Nco Fin/22**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | H | Opened 8/25/09 Last Active 1/01/09<br>Collection Nco/Asg Of Wfnnb | | | | 568.00 |
| Account No. **34616608**<br><br>**NICOR**<br>**1844 West Ferry Drive**<br>**Bankruptcy Dept.**<br>**Naperville, IL 60563** | | J | 2008<br>Utilities | | | | 1,423.22 |
| Account No. **90-93-95-2225-7**<br><br>**NICOR**<br>**1844 West Ferry Drive**<br>**Bankruptcy Dept.**<br>**Naperville, IL 60563** | | J | 2008<br>Utilities | | | | Unknown |
| Account No. **208752145**<br><br>**Nordstrom Fsb**<br>**Po Box 6555**<br>**Bankruptcy Dept.**<br>**Englewood, CO 80155** | | J | Opened 10/23/02 Last Active 1/01/09<br>Miscellaneous Consumer Purchases | | | | 3,915.00 |
| Account No. **3587VP00732**<br><br>**Northwest Collectors**<br>**3601 Algonquin Rd Ste 23**<br>**Rolling Meadows, IL 60008** | | W | Opened 1/06/09<br>Collection Villa Park Police De | | | | 200.00 |

Sheet no. __**17**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,106.22**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles Bellavia,**
      **Mary Bellavia**
                                                  Case No. _____
                                        ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **09 LM 2095**<br><br>**Oakhurst North Homeowners Assoc.**<br>**c/o Kovitz Shifrin Nesbit**<br>**750 West Lake Cook Road  Suite 350**<br>**Buffalo Grove, IL 60089-2073** | | | J | | **2008**<br>**Assessments** | | | | **3,548.38** |
| Account No.<br><br>**OCP Acquisitions**<br>**Bankruptcy Dept.**<br>**1590 South Milwaukee Ave.  Suite 22**<br>**Libertyville, IL 60048** | | | J | | **2008**<br>**Trade debt** | | | | **3,642.00** |
| Account No.<br><br>**Patrick J. Wallace**<br>**21 Indian Trail Drive**<br>**Westmont, IL 60559** | | | J | | **2008**<br>**Trade debt** | | | | **Unknown** |
| Account No. **50292328**<br><br>**PEP Express Parts**<br>**Bankruptcy Dept.**<br>**POB 8500-50445**<br>**Philadelphia, PA 19178-0445** | | | J | | **2008**<br>**Trade debt** | | | | **1,496.39** |
| Account No. **31209663**<br><br>**Praxair**<br>**Bankruptcy Dept.**<br>**Dept. CH 10660**<br>**Palatine, IL 60055-0660** | | | J | | **2008**<br>**Trade debt** | | | | **216.42** |

Sheet no. __**18**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal | **8,903.19**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles Bellavia,**                                                                Case No. _____
       **Mary Bellavia**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6150126** <br><br> **Quill** <br> **Bankruptcy Dept.** <br> **POB 37600** <br> **Philadelphia, PA 19101-3760** | | J | **2008** <br> **Trade debt** | | | | **109.14** |
| Account No. **E047720404** <br><br> **Revenue Cycle Solutions** <br> **Bankruptcy Dept.** <br> **POB 7229** <br> **Westchester, IL 60154-7229** | | H | **2008** <br> **Collection for Edward Hospital** | | | | **475.00** |
| Account No. **5-125520-70** <br><br> **Salt Creek Sanitary District** <br> **Bankruptcy Dept.** <br> **201 S. Route 83** <br> **Villa Park, IL 60181** | | J | **2008** <br> **Trade debt - Utilities** | | | | **13.94** |
| Account No. <br><br> **Sean O'Neil** <br> **Bankruptcy Dept.** <br> **124 West Polk Street** <br> **Chicago, IL 60605** | | J | **2008** <br> **Trade debt** | | | | **16,500.00** |
| Account No. **186407870** <br><br> **Shell/Citi** <br> **Po Box 6497** <br> **Bankruptcy Dept.** <br> **Sioux Falls, SD 57117** | | W | **Opened 11/30/08  Last Active  5/01/09** <br> **Miscellaneous Consumer Purchases** | | | | **831.00** |

Sheet no. __19__ of __25__ sheets attached to Schedule of                                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)        **17,929.08**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles Bellavia,**
      **Mary Bellavia**

Case No. _____

_____,
               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0058 5637 0690 8263 43**<br><br>**Source Receivables Management**<br>**Bankruptcy Dept**<br>**3859 Battleground Ave. #303**<br>**Greensboro, NC 27410** | | J | **2008**<br>**Collection for The Roomplace** | | | | **4,696.75** |
| Account No. **211951381**<br><br>**Sprint**<br>**Bankruptcy Dept.**<br>**POB 8077**<br>**London, KY 40742** | | J | **2008**<br>**Phone Service** | | | | **205.24** |
| Account No.<br><br>**Tairo Ins.**<br>**Bankruptcy Dept.**<br>**4900 West Belmont Avenue**<br>**Chicago, IL 60641** | | J | **2008**<br>**Trade debt** | | | | **Unknown** |
| Account No. **4352377599644927**<br><br>**Target National Bank**<br>**Po Box 673**<br>**Bankruptcy Dept.**<br>**Minneapolis, MN 55440** | | H | **Opened 11/12/08  Last Active 12/01/08**<br>**Miscellaneous Consumer Purchases** | | | | **2,552.00** |
| Account No. **469282**<br><br>**TCF National Bank**<br>**c/o Millennium Credit Consultants**<br>**POB 18160**<br>**Saint Paul, MN 55118-0160** | | J | **2008**<br>**NSF Charges** | | | | **346.68** |

Sheet no. __**20**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,800.67**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Bellavia,**
       **Mary Bellavia**
                                                                          Case No. _____
_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035320494906629** <br><br> **Thd/Cbsd** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | | W | **Opened 11/30/08  Last Active  3/19/09** <br> **ChargeAccount** | | | | **1,242.00** |
| Account No. **638506883** <br><br> **Tnb - Target** <br> **Po Box 673** <br> **Bankruptcy Dept.** <br> **Minneapolis, MN 55440** | | W | **Opened 11/30/08  Last Active  4/01/09** <br> **Miscellaneous Consumer Purchases** | | | | **619.00** |
| Account No. **0600A4446531** <br><br> **Trans Union** <br> **Bankruptcy Dept.** <br> **POB 99506** <br> **Chicago, IL 60693-9506** | | J | **2008** <br> **Trade debt** | | | | **196.88** |
| Account No. **08L 13822** <br><br> **Tri State Auto Auction, Inc.** <br> **c/o Teller, Levit & Silvertrust** <br> **11 East Adams  Suite 800** <br> **Chicago, IL 60603** | | J | **2008** <br> **Trade debt** | | | | **69,463.04** |
| Account No. **084789611** <br><br> **Tribune Interactive** <br> **Bankruptcy Dept.** <br> **14891 Collection Center Drive** <br> **Chicago, IL 60693-0148** | | J | **2008** <br> **Trade debt** | | | | **4,675.00** |

Sheet no. __21__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | **76,195.92** |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles Bellavia,**
    **Mary Bellavia**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Turner Acceptance<br>Bankruptcy Dept.<br>4454 North Western Avenue<br>Chicago, IL 60625 | | J | 2008<br>Trade debt | | | | Unknown |
| Account No. 549113037332<br><br>Unvl/Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | | J | Opened 6/26/02 Last Active 11/10/08<br>ChargeAccount | | | | 30,636.00 |
| Account No. T8-385028-0000<br><br>Veolia Environmental Services<br>Bankruptcy Dept.<br>POB 6484<br>Carol Stream, IL 60197-6484 | | J | 2008<br>Trade debt | | | | 119.20 |
| Account No. 112 5520 03<br><br>Village of Villa Park<br>Bankruptcy Dept.<br>20 South Ardmore<br>Villa Park, IL 60181 | | J | 2008<br>Trade debt | | | | 51.13 |
| Account No. 016031999<br><br>Von Maur<br>Bankruptcy Dept<br>6565 Brady Street<br>Davenport, IA 52806 | | W | 2008<br>Miscellaneous Consumer Purchases | | | | 497.96 |

Sheet no. __22__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **31,304.29**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Bellavia,**
     **Mary Bellavia**
                                                          ,
                                 Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **015999162** <br><br> **Von Maur** <br> **Bankruptcy Dept** <br> **6565 Brady Street** <br> **Davenport, IA 52806** | | H | **2008** <br> **Miscellaneous Consumer Purchases** | | | | **3,599.86** |
| Account No. ************ **1293** <br><br> **Wells Fargo** <br> **P.O. Box 5943** <br> **Bankruptcy Dept.** <br> **Sioux Falls, SD 57117-5943** | | J | **2008** <br> **Miscellaneous Consumer Purchases** | | | | **1,414.99** |
| Account No. **8046 7774 80467 7748** <br><br> **Wfnb/Abrecrombie Fitch** <br> **Pob 18548** <br> **Bankruptcy Dept.** <br> **Columbus, OH 43213** | | W | **Opened 11/30/08  Last Active  1/01/09** <br> **Miscellaneous Consumer Purchases** | | | | **731.00** |
| Account No. **80467193804671931** <br><br> **Wfnb/Abrecrombie Fitch** <br> **Pob 18548** <br> **Bankruptcy Dept.** <br> **Columbus, OH 43213** | | H | **Opened 11/12/08  Last Active 12/01/08** <br> **Miscellaneous Consumer Purchases** | | | | **559.00** |
| Account No. **818 550 816** <br><br> **WFNNB - Victoria's Secret** <br> **Bankruptcy Dept.** <br> **POB 182125** <br> **Columbus, OH 43218-2125** | | W | **2008** <br> **Miscellaneous Consumer Purchases** | | | | **1,071.57** |

Sheet no. __**23**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,376.42**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Charles Bellavia,**    Case No. _____
     **Mary Bellavia**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **13391936329247436**<br><br>**Wfnnb/Express**<br>**Po Box 330066**<br>**Bankruptcy Dept.**<br>**Northglenn, CO 80233** | | H | Opened 11/12/08 Last Active 1/01/09<br>Miscellaneous Consumer Purchases | | | | 731.00 |
| Account No. **6005643942**<br><br>**Wfnnb/Pacific Sunwear**<br>**995 W 122nd Ave**<br>**Bankruptct Dept.**<br>**Westminster, CO 80234** | | W | Opened 11/29/08 Last Active 1/01/09<br>Miscellaneous Consumer Purchases | | | | 1,086.00 |
| Account No. **6005637993**<br><br>**Wfnnb/Pacific Sunwear**<br>**995 W 122nd Ave**<br>**Bankruptcy Dept.**<br>**Westminster, CO 80234** | | H | Opened 11/13/08<br>Miscellaneous Consumer Purchases | | | | 731.00 |
| Account No. **5856373056900116**<br><br>**Wfnnb/Pottery Barn**<br>**Po Box 182273**<br>**Bankruptcy Dept.**<br>**Columbus, OH 43218** | | H | Opened 11/12/08 Last Active 12/01/08<br>Miscellaneous Consumer Purchases | | | | 3,394.00 |
| Account No. **5856373200736531**<br><br>**Wfnnb/Restoration Hardware**<br>**Tape Reporting Number Po Box 2984**<br>**Bankruptcy Dept.**<br>**Shawnee Mission, KS 66201** | | H | Opened 11/01/08 Last Active 3/01/09<br>Miscellaneous Consumer Purchases | | | | 3,051.00 |

Sheet no. __24__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
**8,993.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charles Bellavia,**
       **Mary Bellavia**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5856370689173848 <br><br> Wfnnb/Roomplace <br> Po Box 2974 <br> Bankruptcy Dept. <br> Shawnee Mission, KS 66201 | | W | Opened 7/18/04 Last Active 5/01/09 <br> Miscellaneous Consumer Purchases | | | | 3,828.00 |
| Account No. 172475813784985 <br><br> Wfnnb/Vs <br> Po Box 182128 <br> Columbus, OH 43218-2128 | | H | Opened 11/01/08 Last Active 1/01/09 <br> ChargeAccount | | | | 515.00 |
| Account No. 5856 3734 2032 8374 <br><br> Wfnnb/Z Gallerie <br> Po Box 2974 <br> Bankruptcy Dept. <br> Shawnee Mission, KS 66201 | | H | Opened 11/12/08 Last Active 2/01/09 <br> Miscellaneous Consumer Purchases | | | | 3,065.00 |
| Account No. 4-2903B8-CU <br><br> Windridge of Naperville c/o ACM <br> Bankruptcy Dept. <br> 1908 Wright Boulevard <br> Schaumburg, IL 60193 | | J | 2009 <br> Assessments | | | | 3,560.25 |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. __25__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | 10,968.25 |
| Total <br> (Report on Summary of Schedules) | | 643,479.88 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Charles Bellavia,**                                                    Case No. _____
         **Mary Bellavia**

_____ ,
                          Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Charles Bellavia,**
　　　　**Mary Bellavia**

_____,
Debtors

Case No. _____

# SCHEDULE H - CODEBTORS

　　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Case 09-48797    Doc 1    Filed 12/26/09    Entered 12/26/09 19:22:50    Desc Main
                              Document        Page 49 of 89

B6I (Official Form 6I) (12/07)

| In re | **Charles Bellavia** | Case No. |
|-------|----------------------|----------|
|       | **Mary Bellavia**    |          |

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter**<br>**Daughter** | AGE(S):<br>**11**<br>**13**<br>**8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Process Server** | |
| Name of Employer | **Barrister Investigations** | **Tween Brands, Inc.** |
| How long employed | **7 months** | **8 months** |
| Address of Employer | **1105 East Lincoln Highway**<br>**New Lenox, IL 60451** | **P.O. Box 182145**<br>**Columbus, OH 43218-2145** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **5,997.33** | $ | **779.37** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| | | | | |
| 3. SUBTOTAL | $ | **5,997.33** | $ | **779.37** |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **2,311.18** | $ | **68.01** |
|     b. Insurance | $ | **0.00** | $ | **0.00** |
|     c. Union dues | $ | **0.00** | $ | **0.00** |
|     d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **2,311.18** | $ | **68.01** |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,686.15** | $ | **711.36** |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **1,150.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **1,150.00** | $ | **0.00** |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,836.15** | $ | **711.36** |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **5,547.51** | | |

(Report also on Summary of Schedules and, if applicable, on<br>Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Charles Bellavia**
    **Mary Bellavia**                               Case No. _____
                            Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,245.17 |
|    a. Are real estate taxes included?     Yes  **X**     No ___ | | |
|    b. Is property insurance included?     Yes  **X**     No ___ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 330.00 |
|             b. Water and sewer | $ | 102.00 |
|             c. Telephone | $ | 160.00 |
|             d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 250.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 650.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                   a. Homeowner's or renter's | $ | 0.00 |
|                   b. Life | $ | 255.00 |
|                   c. Health | $ | 0.00 |
|                   d. Auto | $ | 204.00 |
|                   e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|           (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                   a. Auto | $ | 994.00 |
|                   b. Other | $ | 0.00 |
|                   c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 907.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|      Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 9,097.17 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,547.51 |
| b.   Average monthly expenses from Line 18 above | $ | 9,097.17 |
| c.   Monthly net income (a. minus b.) | $ | -3,549.66 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Charles Bellavia**
**Mary Bellavia**

                                Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **43**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 22, 2009**             Signature    **/s/ Charles Bellavia**

                                                **Charles Bellavia**

                                                Debtor

Date   **December 22, 2009**             Signature    **/s/ Mary Bellavia**

                                                **Mary Bellavia**

                                                Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Charles Bellavia**
**Mary Bellavia**                 Case No. _____

Debtor(s)         Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$26,458.00** | **2009 YTD: Husband Barrister Investigations** |
| **$22,630.00** | **2008: Husband Done Deal Auto Sales** |
| **$21,093.00** | **2007: Husband Done Deal Auto Sales** |
| **$2,529.52** | **Tween Brands, Wife, 2009** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Mark Monaco vs Mary Bellavia, Chuck Bellavia and Done Deal Auto Sales, LLC, 2008 LM 4722** | **Forcible Entry and Detainer** | **DuPage County, Illinois 18th Circuit Court** | **Judgment** |
| **Chase Bank USA, N.A. vs Chuck Bellavia, 09 AR 756** | **Breach of Contract** | **Will County, Illinois, 12th Judicial Circuit** | **Pending** |
| **Automotive Finance Corporation vs Done Deal Auto Sales, LLC, Mary L. Bellavia and Charles S. Bellavia** | **Breach of Contract** | **Superior Court, Marion County, Indiana** | **Pending** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Tri-State Auto Auction, Inc. vs Chuck Bellavia 08L-13822** | **Breach of Contract** | **Cook County, Illinois, County Department Law Division** | **Judgment** |
| **Oakhurst North Homeowners Association vs Chuck Bellavia & Mary Bellavia Case No. 09 LM 2095** | **Breach of Contract - Non payment of assessments** | **DuPage County, Illinois 18th Judicial Circuit** | **Judgment** |
| **Windridge of Naperville Condominium Association vs Mary Bellavia and Chuck Bellavia, 09 LM 695** | **Forcible Entry and Detained** | **Will County, Illinois 12th Judicial Circuit** | **Judgment for Possession** |
| **Tribune Interactive vs. Chuck Bellavia, Jr., Done Deal Auto Sales and Mary Bellavia, 08 SC K 2863** | **Breach of Contract** | **Kane County Circuit Court, Sixteenth Judicial Circuit** | **Judgment** |
| **Aaron Preisel vs. Done Deal Auto Sales LLC, Charles Bellavia, Joseph Bellavia, 2009 AR 281** | **Breach of Contract** | **DuPage County, Illinois, Eighteenth Judicial Circuit** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Thomas F. Fezzey, Attorney at Law 600 West Roosevelt Road Suite B-1 Wheaton, IL 60187** | **October 29, 2009** | **$1,200.00** |

**10. Other transfers**

None ■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12.  Safe deposit boxes**

None
■      List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■      List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■      List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■      If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

6

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None □ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Corcoran, Ender and Associates, LLC**<br>**4010 S, California Avenue**<br>**Chicago, IL 60632-1815** | **2006, 2007, 2008** |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|---------------------|-------------------------------------------------------------------|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|-------------------------------------------------------|

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                              TAXPAYER IDENTIFICATION NUMBER (EIN)


## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date   **December 22, 2009**                    Signature   **/s/ Charles Bellavia**

                                                            **Charles Bellavia**
                                                            Debtor


Date   **December 22, 2009**                    Signature   **/s/ Mary Bellavia**

                                                            **Mary Bellavia**
                                                            Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Charles Bellavia**
    **Mary Bellavia**

Debtor(s)

Case No.

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:**<br>**Charles and Wanda Bellavia** | **Describe Property Securing Debt:**<br>**569 Lavine Drive, Bolingbrook, Illinois 60440, single family home.  Valur as per zillow.com** |
|---|---|

Property will be (check one):
- ☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:**<br>**Charles and Wanda Bellavia** | **Describe Property Securing Debt:**<br>**1029 Woodview Court, Aurora, Illinois  60502 townhome, value as per zillow.com** |
|---|---|

Property will be (check one):
- ☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Ford Cred** | **Describe Property Securing Debt:**<br>**2008 Mercury Mountaineer with 9300 miles in good condition, value as per Kelley Blue Book, Private Party Value** |

Property will be (check one):

☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                        ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Ford Cred** | **Describe Property Securing Debt:**<br>**2008 Ford Taurus with 31000 miles in good condition, value as per Kelley Blue Book, Private Party Value** |

Property will be (check one):

☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                        ☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Gmac Mortgage** | **Describe Property Securing Debt:**<br>**1029 Woodview Court, Aurora, Illinois  60502 townhome, value as per zillow.com** |

Property will be (check one):

☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt                        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Gmac Mortgage** | **Describe Property Securing Debt:**<br>**2903 Bartlett Court, Unit 204, Naperville, Illinois 60564,**<br>**townhome, value as per zillow.com** |

Property will be (check one):

&#9744; Surrendered                     &#9632; Retained

If retaining the property, I intend to (check at least one):

&#9744; Redeem the property
&#9632; Reaffirm the debt
&#9744; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

&#9744; Claimed as Exempt                     &#9632; Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**National City Mortgage** | **Describe Property Securing Debt:**<br>**569 Lavine Drive, Bolingbrook, Illinois 60440, single family**<br>**home.  Valur as per zillow.com** |

Property will be (check one):

&#9744; Surrendered                     &#9632; Retained

If retaining the property, I intend to (check at least one):

&#9744; Redeem the property
&#9632; Reaffirm the debt
&#9744; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

&#9632; Claimed as Exempt                     &#9744; Not claimed as exempt

B8 (Form 8) (12/08)                                                                          Page 4

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Ncb Ne Er** | **Describe Property Securing Debt:**<br>**569 Lavine Drive, Bolingbrook, Illinois 60440, single family home.  Valur as per zillow.com** |

Property will be (check one):

&#9633; Surrendered                    &#9632; Retained

If retaining the property, I intend to (check at least one):

&#9633; Redeem the property
&#9632; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

&#9632; Claimed as Exempt                    &#9633; Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>&#9633; YES          &#9633; NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **December 22, 2009**          Signature  **/s/ Charles Bellavia**
                                                **Charles Bellavia**
                                                Debtor


Date  **December 22, 2009**          Signature  **/s/ Mary Bellavia**
                                                **Mary Bellavia**
                                                Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Charles Bellavia**
    **Mary Bellavia**

                                             Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,200.00 |
| Prior to the filing of this statement I have received | $ | 1,200.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December 22, 2009**

        **/s/ Thomas F. Fezzey**
        **Thomas F. Fezzey 6229235**
        **Thomas F. Fezzey, Attorney at Law**
        **600 West Roosevelt Road**
        **Suite B-1**
        **Wheaton, IL 60187**
        **630 909 0909  Fax: 815 550 8731**
        **fezzey@gmail.com**

B 201A (Form 201A) (12/09)

**WARNING: Effective december 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Charles Bellavia**
    **Mary Bellavia**                   Case No. _____

                          Debtor(s)      Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

      I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this attached notice, as required by § 342(b) of the Bankruptcy Code.

_____             _____

Printed name and title, if any, of Bankruptcy Petition      Social Security number (If the bankruptcy
Preparer                                        petition preparer is not an individual, state
Address:                                       the Social Security number of the officer,
                                             principal, responsible person, or partner of
                                             the bankruptcy petition preparer.) (Required
                                             by 11 U.S.C. § 110.)

X _____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose
Social Security number is provided above.

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Charles Bellavia**
**Mary Bellavia**                 X  **/s/ Charles Bellavia**           **December 22, 2009**
_____             _____        _____
Printed Name(s) of Debtor(s)                 Signature of Debtor               Date

Case No. (if known) _____     X  **/s/ Mary Bellavia**             **December 22, 2009**
                                   _____        _____
                                   Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Charles Bellavia**
**Mary Bellavia**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **194**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December 22, 2009**          **/s/ Charles Bellavia**
                                        **Charles Bellavia**
                                        Signature of Debtor

Date:   **December 22, 2009**          **/s/ Mary Bellavia**
                                        **Mary Bellavia**
                                        Signature of Debtor

.

A&G Answering & Secretarial Service
Bankruptcy Dept.
101 South Addison Road
Addison, IL 60101


Aaron Preisel
c/o Anthony L. Florio
1824 Hampshire Drive
Hoffman Estates, IL 60192


Aaron Preisel
Bankruptcy Dept.
425 Collen Drive
Lombard, IL 60148


Advanta Bank Corp
Po Box 844
Spring House, PA 19477


Advanta Litigation Department
Welsh & McKean Roads
Bankruptcy Dept.
Spring House, PA 19477-0844


Allied Interstate
3000 Corporate Exchange Dr. 5th Fl
Columbus, OH 43231


American Express
Bankruptcy Dept.
POB 981535
El Paso, TX 79998-1535


American Express
Bankruptcy Dept.
POB 981535
El Paso, TX 79998-1535


American Express
Bankruptcy Dept.
POB 981535
El Paso, TX 79998-1535

American Express
Bankruptcy Dept.
POB 981531
El Paso, TX 79998-1531


American Express
Bankruptcy Dept.
POB 981535
El Paso, TX 79998-1535


American Express Publishing
Bankruptcy Dept.
POB 1334
Des Plaines, IL 60017-9032


American Honda Finance
201 Little Falls Dr
Bankruptcy Dept.
Wilmington, DE 19808


American Honda Finance
201 Little Falls Dr
Bankruptcy Dept.
Wilmington, DE 19808


American Honda Finance
201 Little Falls Dr
Bankruptcy Dept.
Wilmington, DE 19808


American Recovery Services, Inc.
Bankruptcy Dept.
555 St. Charles Drive  Suite 100
Thousand Oaks, CA 91360


Amex
Po Box 297871
Bankruptcy Dept.
Fort Lauderdale, FL 33329


Amex
Po Box 297871
Fort Lauderdale, FL 33329

Amsher Collection Serv
600 Beacon Pkwy W Ste 300
Bankruptcy Dept.
Birmingham, AL 35209-3114


Annemarie Bellavia
155 Burlington Street
Riverside, IL 60546


APD Enterprises Inc.
Bankruptcy Dept.
POB 556
Griffith, IN 46319


AT&T Universal Card
Bankruptcy Dept.
POB 44167
Jacksonville, FL 32231-4167


Auction Insurance
Bankruptcy Dept.
2200 Woodcrest Place
Birmingham, AL 35253


Auto Mart.com
Bankruptcy Dept.
650 W. Grand Ave.  Suite 303
Elmhurst, IL 60126


Auto Trader.com
Bankruptcy Dept.
POB 932207
Atlanta, GA 31193-2207


Automotive Finance Corporation
c/o Rubin & Levin, P.C.
500 Marott Ctr, 342 Massachusetts
Indianapolis, IN 46204-2161


Automotive News
Bankruptcy Dept.
POB 07915
Detroit, MI 48207-9902

Bailey Banks & Biddle/Citibank SD
Po Box 6497
Bankruptcy Dept.
Sioux Falls, SD 57117


Barr Management
Bankruptcy Dept.
6408 N. Western Avenue
Chicago, IL 60646


Best Buy
Bankruptcy Dept.
POB 15521
Wilmington, DE 19850-5521


Best Buy
Bankruptcy Dept.
POB 15521
Wilmington, DE 19850-5521


Bloomingdale's
9111 Duke Blvd
Bankruptcy Dept.
Mason, OH 45040


Bloomingdale's  DSNB
9111 Duke Blvd
Bankruptcy Dept.
Mason, OH 45040


Bonita M. Danielo
Bankruptcy Dept.
657 Ronald Drive
Addison, IL 60101


Capital Management Services
Bankruptcy Dept.
726 Exchange Street  Suite 700
Buffalo, NY 14210


Capital One
Po Box 85520
Bankruptcy Dept.
Richmond, VA 23285

Carfax
Bankruptcy Dept.
POB 79001
Detroit, MI 48279-7761


Central DuPage Physicians Group
c/o Merchants Credit Guide
223 W. Jackson
Chicago, IL 60606


Central DuPage Physicians Group
Bankruptcy Dept.
POB 479
Winfield, IL 60190-0479


Certified Services
128 Madison
Waukegan, IL 60085-4389


Charles and Wanda Bellavia
279 Tulip Circle
Matteson, IL


Charles and Wanda Bellavia
279 Tulip Circle
Matteson, IL


Charles and Wanda Bellavia
279 Tulip Circle
Matteson, IL


Chase
Po Box 15298
Bankruptcy Dept.
Wilmington, DE 19850


Chase
Po Box 15298
Bankruptcy Dept.
Wilmington, DE 19850


Chase
Po Box 15298
Bankruptcy Dept.
Wilmington, DE 19850

Chase-Pier
Po Box 15298
Bankruptcy Dept.
Wilmington, DE 19850


Citi Cards / Home Depot
Bankruptcy Dept.
4600 Houston Road
Florence, KY 41042


Citibank South Dakota
c/o Blatt Hasenmiller
125 South Wacker  Suite 400
Chicago, IL 60606-4440


Client Services, Inc.
Bankruptcy Dept.
3451 Harry Truman Blvd.
Saint Charles, MO 63301-4047


Comcast Spotlight
Bankruptcy Dept.
8745 W. Higgins Road  4th Floor
Chicago, IL 60631


Commonwealth Edison
Bill Payment Center
Bankruptcy Dept.
Chicago, IL 60668-0001


Credit Acceptance
Bankruptcy Dept.
25505 West 12 Mile Road
Southfield, MI 48034


Credit Control Corporation
Bankruptcy Dept.
POB 120568
Newport News, VA 23612


Creditors Interchange
POB 1335
Bankruptcy Dept.
Buffalo, NY 14240-1335

Creditors Interchange
80 Holtz Drive
Bankruptcy Dept.
Buffalo, NY 14225


Devon Financial Servic
6414 N Western Ave
Chicago, IL 60645


Discover Fin Svcs Llc
Po Box 15316
Bankruptcy Dept.
Wilmington, DE 19850


Elina Volodina
Bankruptcy Dept.
29249 Longview Ave.
Warren, MI 48093


Encore Receivable Management
Bankruptcy Dept.
400 N. Rogers Road  POB 3330
Olathe, KS 66063-3330


Enhanced Recovery
Bankruptcy Dept.
8014 Bayberry
Jacksonville, FL 32256


ER Solutions
Bankruptcy Dept.
POB 9004
Renton, WA 98057


Expo Credit Services
Bankruptcy Dept.
POB 689100
Des Moines, IA 50368-9100


Finance Express
Bankruptcy Dept.
30318 Esperanza
Rancho Santa Margarita, CA 92688

First Bank and Trust Leasing Servic
Bankruptcy Dept.
3345 39th St. S. Suite 2
Fargo, ND 58106-9785


Ford Cred
Po Box Box 542000
Omaha, NE 68154


Ford Cred
Po Box Box 542000
Omaha, NE 68154


Franks Auto Glass, Inc.
Bankruptcy Dept.
6337 South Wentworth
Chicago, IL 60621


G M A C
Po Box 4622
Bankruptcy Dept.
Waterloo, IA 50704


Gary R. Underwood
Bankruptcy Dept.
515 Olive Street  Suite 800
Saint Louis, MO 63101


Gary R. Underwood
Bankruptcy Dept.
515 Olive Street  Suite 800
Saint Louis, MO 63101


GE Money Bank
P.O. Box 103104
Roswell, GA 30076


Gemb/Oldnavydc
Po Box 981400
Bankruptcy Dept.
El Paso, TX 79998


Gemb/Walmart
Po Box 981400
Bankruptcy Dept.
El Paso, TX 79998

Gemb/Walmart
Po Box 981400
El Paso, TX 79998


Gmac Mortgage
Po Box 4622
Waterloo, IA 50704


Gmac Mortgage
Po Box 4622
Waterloo, IA 50704


GMAC Mortgage
Bankruptcy Dept.
3451 Hammond Ave.
Waterloo, IA 50704-0780


H & R Accounts Inc
7017 John Deere Pkwy
Moline, IL 61265


H & R Accounts Inc
7017 John Deere Pkwy
Moline, IL 61265


Hilco Receivables Llc
5 Revere Dr
Bankruptcy Dept.
Northbrook, IL 60062


Hinsdale Orthopaedics
Bankruptcy Dept.
POB 914
La Grange, IL 60525


Home Depot
P.O. Box 689100
Des Moines, IA 50368-9100


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


HSBC Neiman Marcus
Bankruptcy Dept.
POB 5243
Carol Stream, IL 60197-9918


Hsbc/Bsbuy
Po Box 15519
Wilmington, DE 19850


Hsbc/Rs
90 Christiana Rd
New Castle, DE 19720


I C System Inc
Po Box 64378
Bankruptcy Dept.
Saint Paul, MN 55164


IC Systems
Bankruptcy Dept.
444 Highway 96 East
Saint Paul, MN 55164-0887


IC Systems
Bankruptcy Dept.
444 Highway 96 East
Saint Paul, MN 55164-0887


Illinois Department of Revenue
Bankruptcy Dept.
POB 19006
Springfield, IL 62794-9006


Integrity Financial Partners, Inc.
Bankruptcy Dept.
4370 West 109th Street #100
Overland Park, KS 66211


J.S. Paluch Co. Inc.
Bankruptcy Dept.
POB 2703
Schiller Park, IL 60176

Jareds Jewelers
375 Ghent Rd
Akron, OH 44333


Jason Henshall
Bankruptcy Dept.
1108 Idlewild Drive
Round Lake, IL 60073


Joel Schaps
9700 West 131st Street
Palos Park, IL 60464


Joseph Bellavia
Bankruptcy Dept.
2217 Timber Trail
Plainfield, IL


Joseph R. Voiland
Bankruptcy Dept.
1625 Wing Road
Yorkville, IL 60560


Kay Jewelers
375 Ghent Rd
Akron, OH 44333


Kay Jewelers
Bankruptcy Dept.
POB 1799
Akron, OH 44309


Kohl's
Bankruptcy Dept.
POB 3043
Milwaukee, WI 53201-3043


Kohls/Chase
N56 W 17000 Ridgewood Dr
Bankruptcy Dept.
Menomonee Falls, WI 53051


Kohls/Chase
N56 W 17000 Ridgewood Dr
Bankruptcy Dept.
Menomonee Falls, WI 53051

La Raza Newspaper
Bankruptcy Dept.
6001 North Clark St.
Chicago, IL 60660


Laboratory & Pathology Diagnostics
Bankruptcy Dept.
Dept. 4387
Carol Stream, IL 60122-0001


LDG Financial Services, LLC
Bankruptcy Dept.
7001 Peachtree Industrial Blvd. 302
Norcross, GA 30092


LTD Financial Services
7322 Southwest Freeway #1600
Houston, TX 77074


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


Manheim Auctions
Bankruptcy Dept.
561 27th Street
Caledonia, WI 53108


Manheim Metro Chicago
Bankruptcy Dept.
12161 S. Central Ave.
Alsip, IL 60803


Mark Monaco
c/o Mulherin Rehfeldt & Varchetto
211 S. Wheaton Ave. Suite 200
Wheaton, IL 60187


MCS Collections, Inc.
Bankruptcy Dept.
725 South Wells Street Suite 501
Chicago, IL 60607

Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Merchant Services
Bankruptcy Dept.
POB 2485
Spokane, WA 99210-2485


Michael D. Fine
Bankruptcy Dept.
131 South Dearborn Street Floor 5
Chicago, IL 60603


Miguel Herrera
Bankruptcy Dept.
201 East Fullerton Avenue
Elmhurst, IL 60126


Millenium Credit Con
149 E Thompson Ave
West St Paul, MN 55118


National City
Bankruptcy Dept.
POB 3038 K-A16-1J
Kalamazoo, MI 49003-3038


National City Mortgage
6 N Main St
Dayton, OH 45402


Ncb Ne Er
4661 E Main St
Columbus, OH 43213


NCC Business Services, Inc.
Bankruptcy Dept.
3733 University Blvd. W Suite 300
Jacksonville, FL 32217

Nco Fin/22
507 Prudential Rd
Horsham, PA 19044


NCO Financial Systems, Inc.
Bankruptcy Dept.
1804 Washington Blvd.
Baltimore, MD 21230


Neiman Marcus
Bankruptcy Dept.
POB 729080
Dallas, TX 75372-9979


NICOR
1844 West Ferry Drive
Bankruptcy Dept.
Naperville, IL 60563


NICOR
1844 West Ferry Drive
Bankruptcy Dept.
Naperville, IL 60563


Nordstrom Fsb
Po Box 6555
Bankruptcy Dept.
Englewood, CO 80155


Northwest Collectors
3601 Algonquin Rd Ste 23
Rolling Meadows, IL 60008


Oakhurst North Homeowners Assoc.
c/o Kovitz Shifrin Nesbit
750 West Lake Cook Road  Suite 350
Buffalo Grove, IL 60089-2073


OCP Acquisitions
Bankruptcy Dept.
1590 South Milwaukee Ave.  Suite 22
Libertyville, IL 60048

Omni Credit Services of Florida, In
Bankruptcy Dept.
POB 23381
Tampa, FL 33623


Patrick J. Wallace
21 Indian Trail Drive
Westmont, IL 60559


Pentagroup Financial, LLC
Bankruptcy Dept.
35A Rust Lane
Boerne, TX 78006-8202


PEP Express Parts
Bankruptcy Dept.
POB 8500-50445
Philadelphia, PA 19178-0445


Praxair
Bankruptcy Dept.
Dept. CH 10660
Palatine, IL 60055-0660


Professional Bureau of Collections
Bankruptcy Dept
POB 628
Elk Grove, CA 95759-0628


Quill
Bankruptcy Dept.
POB 37600
Philadelphia, PA 19101-3760


Revenue Cycle Solutions
Bankruptcy Dept.
POB 7229
Westchester, IL 60154-7229


Salt Creek Sanitary District
Bankruptcy Dept.
201 S. Route 83
Villa Park, IL 60181

Sean O'Neil
Bankruptcy Dept.
124 West Polk Street
Chicago, IL 60605


Sentry Credit, Inc
Bankruptcy Dept.
2809 Grand Avenue
Everett, WA 98201


Shell Oil
Bankruptcy Dept.
POB 689151
Des Moines, IA 50368-9151


Shell/Citi
Po Box 6497
Bankruptcy Dept.
Sioux Falls, SD 57117


Source Receivables Management
Bankruptcy Dept
3859 Battleground Ave. #303
Greensboro, NC 27410


Sprint
Bankruptcy Dept.
POB 8077
London, KY 40742


T Mobile
Bankruptcy Dept.
POB 37380
Albuquerque, NM 87176-7380


Tairo Ins.
Bankruptcy Dept.
4900 West Belmont Avenue
Chicago, IL 60641


Target National Bank
Po Box 673
Bankruptcy Dept.
Minneapolis, MN 55440

TCF National Bank
c/o Millennium Credit Consultants
POB 18160
Saint Paul, MN 55118-0160


Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117


Tnb - Target
Po Box 673
Bankruptcy Dept.
Minneapolis, MN 55440


Trans Union
Bankruptcy Dept.
POB 99506
Chicago, IL 60693-9506


Tri State Auto Auction, Inc.
c/o Teller, Levit & Silvertrust
11 East Adams  Suite 800
Chicago, IL 60603


Tribune Interactive
Bankruptcy Dept.
14891 Collection Center Drive
Chicago, IL 60693-0148


Turner Acceptance
Bankruptcy Dept.
4454 North Western Avenue
Chicago, IL 60625


United Recovery Systems
Bankruptcy Dept.
5800 North Course Road
Houston, TX 77072


Unvl/Citi
Po Box 6241
Sioux Falls, SD 57117

Veolia Environmental Services
Bankruptcy Dept.
POB 6484
Carol Stream, IL 60197-6484


Veolia Environmental Services
Bankruptcy Dept.
4612 W. Lake St.
Melrose Park, IL 60160


Viking Collection Service Inc
Bankruptcy Dept.
7500 Office Ridge Circle
Eden Prairie, MN 55344-3678


Village of Villa Park
Bankruptcy Dept.
20 South Ardmore
Villa Park, IL 60181


Von Maur
Bankruptcy Dept
6565 Brady Street
Davenport, IA 52806


Von Maur
Bankruptcy Dept
6565 Brady Street
Davenport, IA 52806


Wells Fargo
P.O. Box 5943
Bankruptcy Dept.
Sioux Falls, SD 57117-5943


Weltman, Weinberg & Reis
Bankruptcy Dept.
175 South 3rd Street  Suite 900
Columbus, OH 43215-5166


Weltman, Weinberg & Reis
Bankruptcy Dept.
175 South 3rd Street  Suite 900
Columbus, OH 43215-5166

Weltman, Weinberg & Reis
Bankruptcy Dept.
323 West Lakeside Ave. Suite 200
Cleveland, OH 44113-1009


Weltman, Weinberg & Reis
Bankruptcy Dept.
175 South 3rd Street Suite 900
Columbus, OH 43215-5166


Weltman, Weinberg & Reis
Bankruptcy Dept.
175 South 3rd Street Suite 900
Columbus, OH 43215-5166


Weltman, Weinberg & Reis
Bankruptcy Dept.
175 South 3rd Street Suite 900
Columbus, OH 43215-5166


Wfnb/Abrecrombie Fitch
Pob 18548
Bankruptcy Dept.
Columbus, OH 43213


Wfnb/Abrecrombie Fitch
Pob 18548
Bankruptcy Dept.
Columbus, OH 43213


WFNNB
Bankruptcy Dept.
P.O. Box 182125
Columbus, OH 43218-2125


WFNNB
Bankruptcy Dept.
P.O. Box 182125
Columbus, OH 43218-2125


WFNNB
Bankruptcy Dept.
P.O. Box 182125
Columbus, OH 43218-2125

```
WFNNB
Bankruptcy Dept.
P.O. Box 182125
Columbus, OH 43218-2125


WFNNB
Bankruptcy Dept.
P.O. Box 182125
Columbus, OH 43218-2125


WFNNB
Bankruptcy Dept.
P.O. Box 182125
Columbus, OH 43218-2125


WFNNB
Bankruptcy Dept.
P.O. Box 182125
Columbus, OH 43218-2125


WFNNB
Bankruptcy Dept.
P.O. Box 182125
Columbus, OH 43218-2125


WFNNB
Bankruptcy Dept.
P.O. Box 182125
Columbus, OH 43218-2125


WFNNB - Victoria's Secret
Bankruptcy Dept.
POB 182125
Columbus, OH 43218-2125


Wfnnb/Express
Po Box 330066
Bankruptcy Dept.
Northglenn, CO 80233


Wfnnb/Pacific Sunwear
995 W 122nd Ave
Bankruptct Dept.
Westminster, CO 80234
```

Wfnnb/Pacific Sunwear
995 W 122nd Ave
Bankruptcy Dept.
Westminster, CO 80234


Wfnnb/Pottery Barn
Po Box 182273
Bankruptcy Dept.
Columbus, OH 43218


Wfnnb/Restoration Hardware
Tape Reporting Number  Po Box 2984
Bankruptcy Dept.
Shawnee Mission, KS 66201


Wfnnb/Roomplace
Po Box 2974
Bankruptcy Dept.
Shawnee Mission, KS 66201


Wfnnb/Vs
Po Box 182128
Columbus, OH 43218-2128


Wfnnb/Z Gallerie
Po Box 2974
Bankruptcy Dept.
Shawnee Mission, KS 66201


Windridge of Naperville c/o ACM
Bankruptcy Dept.
1908 Wright Boulevard
Schaumburg, IL 60193